RECEIVED

**E-FILED**

2009 NOV 18 P 3: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

*CHAMBERS
COPY*

NOV 1 0 2009

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   GRANT P. FONDO (181530)
    Assistant United States Attorney
5       150 Almaden Boulevard, Suite 900
        San Jose, CA 95113
6       Telephone: (408) 535-5061
        Fax:  (408) 535-5066
7       E-Mail: grant.fondo@usdoj.gov

8   Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE  DIVISION

12

13

14   UNITED STATES OF AMERICA,            )    No. CR 09-MJ-70854 HRL
                                          )
15           Plaintiff,                   )
                                          )    STIPULATION AND [PROPOSED]
16       v.                               )    ORDER STAYING DEFENDANT'S
                                          )    COMMITMENT TO ANOTHER
17   JOSE LUIS SANDOVAL VASQUEZ,          )    DISTRICT UNTIL DECEMBER 11, 2009
                                          )
18           Defendant.                   )
                                          )
     _____)

19

20          The defendant, JOSE LUIS SANDOVAL VASQUEZ, represented by LARA VINNARD,

21   Assistant Federal Public Defender, and the government, represented by Grant Fondo, Assistant

22   United States Attorney, hereby stipulation as follows:

23       1.  The parties appeared before the Court on October 21, 2009 requesting that the Court stay

24   its October 7, 2009 commitment to Another District order until November 30, 2009, and the

25   Court granted the parties' request. The Court set a status hearing for November 30, 2009.

26   ///

27   ///

28   ///

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL

1    2. The United States requests, and defendant's counsel does not oppose, that the order

2    staying defendant's commitment to another district be continued from November 30, 2009 to

3    December 11, 2009, and that the parties' November 30, 2009 status hearing be rescheduled to

4    December 11, 2009.

5

6    DATED: November 18, 2009            JOSEPH P. RUSSONIELLO
                                         United States Attorney
7

8
                                                    /S/
9                                        GRANT P. FONDO
                                         Assistant United States Attorney
10

11   DATED: November 18, 2009                       /S/
                                         LARA VINNARD
12                                       Counsel for Defendant

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL                          -2-

1

## ORDER

2

3      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

4   ORDERS that: (1) the October 7, 2009 Commitment to Another District order is stayed until

5   December 11, 2009; and (2) the parties' November 30, 2009 status hearing is rescheduled to

6   December 11, 2009 at *9:00* a.m./p.m.

7

8

9   DATED: _11/19/09_            _Patricia V. Trumbull_
                                 Patricia V. Trumbull
10                               United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL                    -3-