1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO  (181530)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

9  

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE  DIVISION

13  

14  UNITED STATES OF AMERICA,        )    No. CR 09-MJ-70854 HRL
                                     )
15          Plaintiff,               )
                                     )    STIPULATION AND [PROPOSED]
16      v.                           )    ORDER STAYING DEFENDANT'S
                                     )    COMMITMENT TO ANOTHER
17  JOSE LUIS SANDOVAL VASQUEZ,      )    DISTRICT UNTIL DECEMBER 23, 2009
                                     )
18          Defendant.               )
                                     )
19  

20          The defendant, JOSE LUIS SANDOVAL VASQUEZ, represented by LARA VINNARD,

21  Assistant Federal Public Defender, and the government, represented by Grant Fondo, Assistant

22  United States Attorney, hereby stipulate as follows:

23      1.  The parties appeared before the Court on October 21, 2009 requesting that the Court stay

24  its October 7, 2009 Commitment to Another District order until November 30, 2009, and the

25  Court granted the parties' request.  The Court set a status hearing for November 30, 2009.

26      2.  Pursuant to the parties' stipulation, on November 19, 2009 the Court ordered the

27  defendant's commitment to another district be continued from November 30, 2009 to

28  

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL

1   December 11, 2009, and that the parties' November 30, 2009 status hearing be rescheduled to

2   December 11, 2009.

3       3.   The United States requests, and defendant's counsel does not oppose, that the order

4   staying defendant's commitment to another district be continued from December 11, 2009 to

5   December 23, 2009, and that the parties' December 11, 2009 status hearing be rescheduled to

6   December 22, 2009 or December 23, 2009.

7

8   DATED: December 10, 2009                JOSEPH P. RUSSONIELLO
                                            United States Attorney
9

10

11                                          _____/S/_____
                                            GRANT P. FONDO
12                                          Assistant United States Attorney

13  DATED: December 10, 2009                _____/S/_____
                                            LARA VINNARD
14                                          Counsel for Defendant

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL                    -2-

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that: (1) the October 7, 2009 Commitment to Another District order is stayed until December 23, 2009; and (2) the parties' December 11, 2009 status hearing is rescheduled to December 23, 2009 at 10:00 a.m.

DATED: 12/10/09

Patricia V. Trumbull
United States Magistrate Judge

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL                    -3-